UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-20921-CIV-SINGHAL

FLORIDA FAIR HOUSING ALLIANCE, INC.,

    Plaintiff,

v.

CORAL HAVEN APARTMENTS LLC,

    Defendant.
_____/

## MOTION TO REOPEN CASE

Plaintiff Florida Fair Housing Alliance, Inc. ("Plaintiff"), pursuant to this Court's Order Administratively Closing Case [D.E. 8], requests the Court to reopen the above-captioned case, and in support thereof, states:

1. On March 27, 2020, Plaintiff filed a Notice of Settlement [D.E. 7] (the "Notice of Settlement"), indicating that Defendant Coral Haven Apartments, LLC ("Defendant") and Plaintiff (collectively, the "Parties"), had "reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents." D.E. 7.

2. Subsequent to the filing of the Notice of Settlement, the Parties endeavored, in good faith, to finalize the formal settlement terms. Despite repeated efforts, however, the Parties have been unable to reach an agreement with respect to fundamental and material terms of the formal settlement, and as such, the expected settlement is not forthcoming.

WHEREFORE, Plaintiff, respectfully, requests that this Court reopen the above-captioned case and allow this litigation to continue.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel represents that he conferred with counsel for Defendant, of whom stated that Defendant do not oppose to the relief sought herein.

DATED: April 8, 2020

                                            Respectfully Submitted,

                                            /s/ Jibrael S. Hindi
                                            **JIBRAEL S. HINDI, ESQ.**
                                            Florida Bar No.: 118259
                                            E-mail:   jibrael@jibraellaw.com
                                            **THOMAS J. PATTI, ESQ.**
                                            Florida Bar No.: 118377
                                            E-mail:   tom@jibraellaw.com
                                            The Law Offices of Jibrael S. Hindi
                                            110 SE 6th Street, Suite 1744
                                            Fort Lauderdale, Florida 33301
                                            Phone:     954-907-1136
                                            Fax:          855-529-9540

                                            *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                            /s/ Jibrael S. Hindi
                                            **JIBRAEL S. HINDI, ESQ.**
                                            Florida Bar No.: 118259