UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20921-CIV-SINGHAL

FLORIDA FAIR HOUSING ALLIANCE INC.,

    Plaintiff,

v.

CORAL HAVEN APARTMENTS LLC,

    Defendant.
_____/

## ORDER RE-OPENING CASE

**THIS CAUSE** is before the Court upon the Motion to Re-Open Case (DE [9]) filed by Plaintiff, Florida Fair Housing Alliance, Inc. On March 27, 2020, the Court administratively closed this case (DE [8]) upon receipt of the Notice of Settlement (DE [7]) filed by Plaintiff. Since that time, the parties have been unable to conclude the settlement and Plaintiff requests that the case be re-opened. Defendant does not oppose this request. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Re-Open Case (DE [9]) is **GRANTED.** The Clerk of Court is directed to **RE-OPEN** this case. Plaintiff's response to Defendant's Motion to Dismiss (DE [6]) shall be filed by **April 23, 2020.** The parties shall file a Joint Scheduling Report per the Court's prior Order (DE [5]) by **April 30, 2020.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of April 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF